DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AMANDA ELIZABETH LANDEROS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1663
_____

June 5, 2024

Appeal from the County Court for Manatee County; Melissa Gould, Judge.

Brooke Elvington, Dunedin, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.